### ALLISON v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. July 8, 1914.)

No. 4188.

In Error to the United States District Court for the Eastern District of Oklahoma; Ralph E. Campbell, Judge.

Criminal prosecution by the United States against R. J. Allison. Judgment of conviction, and defendant brings error. Reversed.

R. L. Davidson, of Tulsa, Okl., and Norman R. Haskell, of Oklahoma City, Okl. (W. I. Williams, of Tulsa, Okl., and E. G. McAdams, of Oklahoma City, Okl., on the brief), for plaintiff in error.

W. P. McGinnis, Asst. U. S. Atty., of Muskogee, Okl. (D. H. Linebaugh, U. S. Atty., of Muskogee, Okl., on the brief), for the United States.

Before SANBORN and SMITH, Circuit Judges, and TRIEBER, District Judge.

TRIEBER, District Judge. The indictment in this cause is identical with that in Ammerman v. United States, 216 Fed. 326, decided this day, and for the reasons therein stated, this cause is reversed, with directions to set aside the judgment and sustain the demurrer to the indictment.